UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80421-CIV-RYSKAMP/WHITE

LARRY O'BRYANT,

       Petitioner,

v.

JAMES R. McDONOUGH,

       Respondent.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY AND MOTION TO FILE IN FORMA PAUPERIS

THIS CAUSE came before the Court upon Petitioner's Notice of Appeal **[DE 23]**, Motion for Certificate of Appealability **[DE 22]** and Motion for Leave to File *In Forma Pauperis* **[DE 21]** all filed March 31, 2008.  On January 31, 2008, this Court adopted the Report and Recommendation of Magistrate Judge White, recommending that Petitioner's writ of habeas corpus be dismissed.  Petitioner now wishes to appeal that dismissal to the Eleventh Circuit.

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. §2253(c)(2) (1999).  Issues should be approved for appeal if they are "adequate to deserve encouragement to proceed further" because "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (citing *Barefoot v. Estelle*, 463 U.S. 880, 893 and n.4 (1983)).  After a review of Petitioner's present motions, Judge White's Report and Recommendation, and the record, the Court finds that Petitioner has not presented a substantial showing of the denial of a constitutional right and that reasonable jurists could not disagree about the merits of Petitioner's constitutional claims.

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."[1] In making this determination, as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). "The statute provides that a court 'may dismiss the case if the allegation of poverty is untrue, or if satisfied that the action is frivolous or malicious." *Attwood v. Singletary*, 105 F.3d 610, 613 (11th Cir. 1997)(*citing* 28 U.S.C. § 1915(d)(1996)).

> This circuit has defined a frivolous appeal under section 1915(d) as being one "without merit." *Harris v. Menendez*, 817 F.2d 737, 739 (11th Cir. 1987) (quoting *Watson v. Ault*, 525 F.2d 886, 892 (5ht Cir. 1976)). "Arguable means capable of being convincingly argued.'" *Moreland v. Wharton*, 899 F.2d 1168, 1170 (11th cir. 1990)(*per curiam*)(quoting *Mendez*, 817 F.2d at 740 n.5); *see Clark*, 915 F.2d at 638 ("A lawsuit [under section 1915(d)] is frivolous if the 'plaintiff's realistic chances of ultimate success are slight.'" (quoting *Moreland*, 899 F.2d at 1170).

*Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991); *see also Weeks v. Hones*, 100F.3d 124, 127 (11th Cir. 1996)(stating that "factual allegations are frivolous for purpose fo [28 U.S.C.] § 1915(d) when they are 'clearly baseless,' legal theories are frivolous when they are 'indisputably meritless,'")(citations omitted).

Applying the foregoing standard, this Court is of the opinion that the Petitioner's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith.

---

[1] *See* 28 U.S.C. § 1915(e):
   (2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that –
   (A) the allegation of poverty is untrue; or
   (B) the action or appeal –
   (i) is frivolous or malicious;
   (ii)fails to state a claim on which relief may be granted; or
   (iii) seeks monetary relief against a defendant who is immune from such relief.

Accordingly, it is hereby,

ORDERED and ADJUDGED that Petitioner's Motion for Certificate of Appealability **[DE 22]** and Motion for Leave to File *In Forma Pauperis* **[DE 21] are DENIED**. The appeal in this case is certified, pursuant to 28 U.S.C.A. § 1915(a), as not taken in good faith.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 7 day of April 2008.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

copies provided:
The Honorable Patrick A. White
All counsel of record
Larry O'Bryant, *pro se*